**FILED**
**FEBRUARY 11, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILINOIS - EASTERN DIVISION

| | |
|---|---|
| PAINTERS DISTRICT COUNCIL NO. 30 )<br>)<br>Plaintiff,                )<br>)<br>v.                              )<br>)<br>BRYER CONSTRUCTION, INC.        )<br>)<br>Defendant.           ) | **08 C 886** |

**JUDGE GETTLEMAN**
**MAGISTRATE JUDGE ASHMAN**

## COMPLAINT

Painters District Council No. 30 ("Union") petitions this Court to confirm and enforce a labor arbitration decision and award.

### JURISDICTION AND VENUE

1. This Court has subject matter jurisdiction pursuant to Section 9 of the Federal Arbitration Act, 9 U.S.C. Sec. 9 and Section 301 of the Labor Management Relations Act, 29 U.S.C. Sec. 185 (a).

2. Venue is proper in this district as the Plaintiff and Defendant are located in Kane County, Illinois and are within this judicial district.

### PARTIES

3. Painters District Council No. 30 ("Union") is a labor organization. The Union is an affiliate of the International Union of Painters and Allied Trades and has its business office at 1905 Sequoia Drive, Aurora, Illinois 60506.

4. Bryer Construction, Inc. ("Bryer") is a corporation organized under the Illinois Business Corporation Act of 1983, 805 ILCS 5/1.01 et seq. Bryer is an employer engaged in the construction painting industry throughout Northeast Illinois.

1

FACTUAL ALLEGATIONS

5. At all material times, members of the FCA of Illinois, an Employer Association ("Association"), as well as other employers and the Union have been signatories to a collective bargaining agreement with effective dates of May 1, 2004 through April 20, 2008 ("Agreement"). Since May 10, 2007, Bryer has also been a signatory to the Agreement.

6. Article 13, Section 13.1 of the Agreement provides for dispute resolution through a grievance and arbitration procedure that originates with the Joint Trade Board ("JTB"). The JTB consists of 12 members, 6 appointed by the Union, and 6 appointed by the Association.

7. Section 13.3 provides that "[a]ny decision of the Joint Trade Board shall be final and binding upon every party and any signatory to this Agreement". Section 13.6 provides that "[i]f the Joint Trade Board deadlocks, all matters in dispute shall be referred to arbitration by either party."

8. On or about November 6, 2007, the Union filed charges with the JTB against Bryer for violations of Articles 6, 9 and 12 of the Agreement. On November 8, 2007, Bryer received notice of the charges along with notice that a JTB hearing was scheduled for November 20, 2007.

9. On November 20, 2007, the JTB held a hearing on the charges against Bryer. Despite receiving notice of the charges, the hearing date and time, Bryer failed to appear at the hearing.

10. Based upon the evidence presented, the JTB found that Bryer had violated the Agreement by failing to file any job reporting notices as required by Section 6.9 of

the Agreement, failing to provide a wage and benefit bond as required by Sections 12.2 and 13.2 of the Agreement and failing to submit fringe benefit contributions and wage deductions on the correct and approved form as required by Sections 9.1 and 9.3 of the Agreement.  The JTB fined Bryer $15,000 for these violations.

11.  The Findings by the JTB are final and binding.

12.   On November 21, 2007, Bryer was advised, in writing, of the JTB's Decision and fines. Bryer was also advised that such fine was payable within fifteen days of the notice.   Bryer received the November 21, 2007 notice on November 27, 2007.

13. To date, Bryer has not paid the fine as required by the JTB's Decision and has failed and refused to comply with the JTB's Decision.

## RELIEF

Wherefore, the Union requests that this Court enter the following relief:

A.  Confirm the Joint Trade Board's Decision and Award.

B.  Order Bryer to pay the fine issued in the Joint Trade Board's Decision and Award.

C.  Order Bryer to pay the Union its damages, reasonable attorneys' fees and costs.

D.  All other relief as this Court deems just and proper.

Respectfully submitted,

_____
Sherrie E. Voyles
One of Plaintiff's Attorneys

Jacobs Burns Orlove Stanton & Hernandez
122 S. Michigan Avenue Suite 1720
Chicago, IL 60603
(312) 327-3444
svoyles@jbosh.com