## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Painters District Council No. 30

                              Plaintiff,

v.                                          Case No.: 1:08−cv−00886
                                            Honorable Robert W. Gettleman

Bryer Construction, Inc.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, July 30, 2008:

         MINUTE entry before the Honorable Robert W. Gettleman: Status hearing held on 7/30/2008. Joint status report is due by 8/15/2008. Status hearing set for 8/21/2008 at 9:00 a.m. Mailed notice (gds, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.