UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division

Painters District Council No. 30

          Plaintiff,

v.                                         Case No.: 1:08−cv−00886
                                            Honorable Robert W. Gettleman

Bryer Construction, Inc.

          Defendant.


**ORDER REFERRING A CIVIL CASE TO THE
DESIGNATED MAGISTRATE JUDGE**


      Pursuant to Local Rule 72.1, this case is hereby referred to the calendar of Honorable Martin C. Ashman for the purpose of holding proceedings related to: discovery supervision. (gds, ) Mailed notice.


Dated: August 20, 2008

                                                                       /s/ Robert W. Gettleman

                                                                      United States District Judge